1  KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (SBN 111536)
2  ggilchrist@kilpatricktownsend.com
RYAN BRICKER (SBN 269100)
3  rbricker@klpatricktownsend.com
Eighth Floor, Two Embarcadero Center
4  San Francisco, CA  94111
Telephone:   415 576 0200
5  Facsimile:    415 576 0300

6  Attorneys for Plaintiff
UNITED BRANDS PRODUCTS DESIGN,
7  DEVELOPMENT AND MARKETING, INC.,

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10              **OAKLAND DIVISION**

11 UNITED BRANDS PRODUCTS DESIGN,          Case No. 4:16-cv-00604-YGR
   DEVELOPMENT AND MARKETING,
12 INC.,                                   **PLAINTIFF UNITED BRANDS PRODUCTS**
                                           **DESIGN, DEVELOPMENT AND**
13              Plaintiff,                 **MARKETING, INC.'S REQUEST AND**
                                           **[PROPOSED] ORDER FOR VOLUNTARY**
14              v.                         **DISMISSAL OF ITS CLAIMS AGAINST**
                                           **DEFENDANT**
15 CRFT, INC.,

16              Defendant.

17

18         Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff United Brands Products Design, Development

19 and Marketing, Inc. voluntarily seeks to dismiss with prejudice its claims in this Action in

20 accordance with the terms of the settlement agreement between the parties.

21 DATED:  April 28, 2016          Respectfully submitted,

22                                KILPATRICK TOWNSEND & STOCKTON LLP

23

24                                By:  */s/ Gregory S. Gilchrist*
                                       GREGORY S. GILCHRIST
25
                                  Attorneys for Plaintiff
26                                UNITED BRANDS PRODUCTS DESIGN,
                                  DEVELOPMENT AND MARKETING, INC.
27

28

1          IT IS SO ORDERED.

2

3

4          Dated: April 29, 2016

5                                                    _____
                                                     Hon. Yvonne Gonzalez-Rogers
6                                                    United States District Judge

7
   68430794V.1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF UNITED BRAND'S REQUEST AND [PROPOSED] ORDER FOR VOLUNTARY
DISMISSAL AGAINST DEFENDANT                                                    - 2 -
Case No. 4:16-CV-00604-YGR